[Nos. 12831–1–I; 13202–4–I.   Division One.   June 18, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MONTY
OFFORD, *Appellant.*

Appeals from a judgment of the Superior Court for King
County, No. 82–8–00857–7, Robert E. Dixon, J., entered
January 7, 1983. *Affirmed* by unpublished opinion per
Corbett, A.C.J., concurred in by Swanson and Scholfield,
JJ.

[No. 13075–7–I.   Division One.   June 18, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
OLIVER CAVANAUGH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 74059, Patricia H. Aitken, J., entered April 21,
1983. *Reversed* by unpublished per curiam opinion.

[No. 13253–9–I.   Division One.   June 18, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
CECIL RABBITT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–00550–3, Shannon Wetherall, J., entered
May 23, 1983. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by Durham, C.J., and Corbett, J.

[No. 13253–9–I.   Division One.   June 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
CECIL RABBITT, *Appellant.*

The unpublished opinion in this cause, which was filed
on June 18, 1984, is *withdrawn* by order dated June 29,
1984.